# EXHIBIT A

E-FILED; Montgomery Circuit Court
Docket: 8/25/2025 1:40 PM; Submission: 8/25/2025 1:40 PM
Envelope: 22638808


**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
**Civil Division**

**JOSHUA D. POWELL**
**6402 Patience Court**
**Alexandria, Virginia 22315**

***Plaintiff,***

**v.**

**JOHNATHAN C. NUNNALEY**
**127 Jerome Street, Apt P**
**Roselle Park, New Jersey 07204**

**And**

**FEDERAL EXPRESS CORPORATION**
**P.O. Box 727 – Legal Compliance Dept**
**Memphis, Tennessee 38194**

***Serve Registered Agent***
**C/O: The Corporation Trust Incorporated**
**2405 York Road Suite 201**
**Lutherville Timonium, Maryland 21093**
***Defendants.***

**Case No.:**

C-15-CV-25-004643

## COMPLAINT

COMES NOW the Plaintiff, Joshua D. Powell, (hereinafter referred to as the "Plaintiff"), by and through his attorney, Gilead I. Light, Esq. and the law offices of Morgan & Morgan DC, PLLC and sues the Defendant, Johnathan C. Nunnaley (hereinafter referred to as "Defendant Nunnaley") and Defendant, Federal Express Corporation (hereinafter referred to as "Defendant FedEx"), and states as follows:

## PARTIES

1. That the Plaintiff, is and was at all times hereafter mentioned a resident of the State of Virginia residing at 6402 Patience Court Alexandria, Virginia 22315.
2. That upon information and belief, Defendant Nunnaley is and was at all times hereafter mentioned a resident of New Jersey residing at 127 Jerome Street, Apt A Roselle Park, NJ 07204.
3. That upon information and belief, Defendant Federal Express Corporation is a business licensed to do business in the State of Maryland.

**JURISDICTION**

4. Venue is proper in Maryland pursuant to §6-202(8) of the Courts and Judicial Proceedings Article of the Maryland Code because Defendants' negligent actions occurred in Maryland.
5. The Court has personal jurisdiction over Defendant pursuant to §6-103(3) of the Courts and Judicial Proceedings Article of the Maryland Code in that Defendant caused a tortuous injury by an act or omission within the state.

**FACTS**

6. On January 21st, 2025, the Plaintiff was the restrained driver at a complete stop of the redlight intersection of southbound on Branch Avenue and Auth Way in Prince George's County, Maryland.
7. The Defendant, at this same time, was travelling directly behind the Plaintiff, southbound on Branch Avenue in Prince George's County, Maryland. The Defendant failed to maintain a safe distance and violently collided with the rear of the Plaintiff's vehicle.
8. This incident occurred through no fault of the Plaintiff.

## COUNT I: NEGLIGENCE – DEFENDANT NUNNALEY

9. Plaintiff re-states and re-alleges each and every allegation set forth above as if fully set forth herein.
10. At all times relevant hereto, Plaintiff acted carefully, reasonably, and prudently, and exercised due care and caution when operating his vehicle.
11. It was then and there the duty of the Defendant, to maintain a proper lookout, to maintain proper control over his vehicle, to operate his motor vehicle at a speed reasonable and prudent under the conditions then and there existent, to reduce the speed of his vehicle to avoid a collision, to pay full time and attention to his driving, to obey traffic control devices, to operate his vehicle safely, and to obey the traffic regulations then and there in force in Prince George's County, Maryland.
12. Notwithstanding the aforesaid duties, the Defendant failed to maintain a proper lookout, failed to maintain proper control over his vehicle, failed to operate his vehicle at a speed reasonable and prudent under the conditions then and there existent, failed to reduce the speed of his motor vehicle, failed to pay full time and attention to his driving, failed to obey traffic control devices, failed to operate his motor vehicle safely, and operated his vehicle in violation of the traffic regulations then and there in force in Prince George's County, Maryland, with the result that the Defendant did violently collide with the Plaintiff.
13. As a direct and proximate result of the aforesaid negligence of the Defendant, the Plaintiff sustained serious, painful, and permanent injuries in and about his neck, back, and other parts of his body.

## COUNT II: VICARIOUS LIABILITY – DEFENDANT FEDEX

14. Plaintiff re-states and re-alleges each and every allegation set forth above as if full set forth herein.

15. In addition, or in the alternative, Defendant FedEx was the owner of the vehicle that Defendant Johnson was operating at the time of the accident.

16. Defendant Johnson was driving said vehicle with the permission of the owner, Defendant FedEx.

17. Upon information and belief, Defendant Johnson was driving said vehicle during the course of, and in furtherance of his duties for, his employment with Defendant FedEx.

18. Should this Court find negligence by Defendant Nunnaley, then Defendant FedEx is jointly and severally liable to Plaintiff.

## DAMAGES

19. The Plaintiff has in the past and will in the future suffer great physical pain, mental anguish, and shock, and has in the past and will in the future be required to expend large sums of money for hospital, medical, physical therapy, nursing care, treatment, and related items.

20. The Plaintiff will be required to contend with these injuries, many of which are permanent in nature and will hamper and deprive his enjoyment of life, and the Plaintiff has sustained a loss of income, past, present, and future impairment of his earnings power as a result of his injuries.

**WHEREFORE**, the Plaintiff, Joshua D. Powell, demands a judgment against the Defendants, Johnathan C. Nunnaley, and Federal Express Corporation, jointly and severally, in an amount in excess of seventy-five thousand dollars ($75,000.00), plus interest and costs.

Dated: August 22, 2025

Respectfully submitted,

/s/ Gilead I. Light

Gilead I. Light, Esquire
MD Bar# 2404051007
Morgan & Morgan, DC PLLC
20 M Street, S.E., Suite 600
Washington, D.C. 20003
Email: gilead.light@forthepeople.com
Phone: (202) 869-9343
*Counsel for the Plaintiff*

**JURY TRIAL DEMAND**

Plaintiff demands a trial by jury as to all issues.

/s/Gilead Light

Gilead Light, Esq.

**CERTIFICATE OF ADMISSION**

I hereby certify, pursuant to section 1-313 of the Maryland Rules Article of the Annotated Code of Maryland, that I am admitted to practice law in the State of Maryland.

/s/ Gilead Light______________________
Gilead Light, Esq.